IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., DAVID A. LEFF, D.O.<br><br>Plaintiff<br><br>v.<br><br>CHS PROFESSIONAL PRACTICE, P.C. d/b/a COORDINATED HEALTH, EMIL J. DIIORIO, M.D., THOMAS D. MEADE, M.D. and JOHN DOES 1-10 | CIVIL ACTION<br><br>No. 11-CV-05730-CMR |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO RULE 41.1(b)

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Notice is hereby given that Plaintiff hereby voluntarily dismisses the above action, with prejudice, against the Defendants.

                                                FOX ROTHSCHILD LLP

                                                By: _/s/ W. Christian Moffitt_
                                                     W. Christian Moffitt, Esquire/ID 206770
                                                     Attorneys for Plaintiff
                                                     Ten Sentry Parkway, Suite 200
                                                     Blue Bell, PA 19422
                                                     (610) 397-6500

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., DAVID A. LEFF, D.O. | CIVIL ACTION |
| Plaintiff | No. 11-CV-05730-CMR |
| v. | |
| CHS PROFESSIONAL PRACTICE, P.C. d/b/a COORDINATED HEALTH, EMIL J. DIIORIO, M.D., THOMAS D. MEADE, M.D. and JOHN DOES 1-10 | |

## CERTIFICATE OF SERVICE

I, W. Christian Moffitt, Esquire, hereby certify that on this date I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be served by First Class U.S. Mail, postage paid, on the following:

John T. Crutchlow, Esquire
Margaret L. Hutchinson, Esquire
U.S. Attorney's Office
Eastern District of PA
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
*(Attorneys for United States of America)*

Dated: 12/11/12

FOX ROTHSCHILD LLP

By: _____
W. Christian Moffitt, Esquire/ID 206770
Attorneys for Plaintiff
Ten Sentry Parkway, Suite 200
Blue Bell, PA 19422
(610) 397-6500